**Cyrus Shank, appellee, v. Chicago Automatic Machine Company, appellant. Gen. No. 27,587.**

Action for back salary. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed April 11, 1923.

William J. Lacey, for appellant. Cattell & Waldron, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Spencer Kellogg & Sons, Inc., appellant, v. Inland White Lead Company, appellee. Gen. No. 27,595.**

Suit for damages for breach of contract. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed April 11, 1923. Rehearing denied April 26, 1923.

Isham, Lincoln & Beale and William Karr Steele, for appellant. Burke, Jackson & Burke, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**E. H. Warner, appellee, v. New York Central Railroad Company, appellant. Gen. No. 27,630.**

Suit for damages for negligence in transporting an automobile by rail. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed April 11, 1923. Rehearing denied April 24, 1923.

Glennon, Cary, Walker & Murray, for appellant; L. Beers-Jones, of counsel. H. C. Lust and Maddock, Jaffe & Green, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Merrell S. Harrison, administrator of the estate of F. L. Gross, deceased, appellee, v. Charles J. Joyce, appellant. Gen. No. 27,637.**

Suit for balance due on purchase of merchandise. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded. Opinion filed April 11, 1923.

James McCarthy, for appellant. A. U. Forman, for appellee; Grover C. McLaren, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.